# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3347
LT Case Nos. 2015-CF-1172
2015-CF-3164

_____

JEFFREY OWEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Jeffrey Owen, Mayo, pro se.

No Appearance for Appellee.

April 30, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and HARRIS and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____